### Brown *v.* The State.

Cobb, J.   The verdict was amply sustained by the evidence, and the rulings complained of were not of such a character as to require the granting of a new trial.

*Judgment affirmed. All concurring, except Little, J., absent.*

Argued December 19, 1898. — Decided January 31, 1899.

Indictment for murder.   Before Judge Butt.   Talbot superior court.   November 10, 1898.

*J. J. Bull, C. J. Thornton* and *J. H. Worrill,* for plaintiff in error.   *J. M. Terrell, attorney-general,* and *S. P. Gilbert, solicitor-general,* contra.